UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-CR-00089 |
| | ) | REEVES/GUYTON |
| ROY JENKINS | ) | |

## MEMORANDUM AND ORDER

This matter is before the court on defendant's *pro se* motion for sentence reduction pursuant to Amendment 782 to the United States Sentencing Guidelines [R. 546]. The government has responded that because defendant was sentenced in September 2015, after Amendment 782 was incorporated into the Sentencing Guidelines, he has already received its full benefit [R. 561].

The two-level reduction for drug offenses (Amendment 782) became effective November 1, 2014, and was incorporated into the Guidelines. Defendant was convicted of conspiracy to manufacture 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A). Defendant was sentenced to 60 months imprisonment on September 14, 2015, pursuant to the 2014 Guidelines, which incorporated Amendment 782. Because defendant has received the benefit of Amendment 782, he is not entitled to a further reduction in his sentence, and his motion for sentence reduction [R. 546] is **DENIED.**

       **IT IS SO ORDERED.**

Enter:

_____
UNITED STATES DISTRICT JUDGE